**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

13.   LILLIAN GALVAN,

      Defendant.
_____

**ORDER**
_____

On October 23, 2007, Defendant Lillian Galvan filed her *Pro se* "Affidavit of Lillian Galvan Petitioner" (Doc 1375) and "Affidavit from Lilian Galvan Requesting Bond" (Doc 1376). The Government has responded to these filings.

Ms. Galvan has filed a Notice of Appeal with the Tenth Circuit Court of Appeals in Case No. 06-1543. She is represented by attorney Antony M. Noble. Because Defendant's case is on appeal before the Tenth Circuit Court of Appeals, this Court lacks jurisdiction to consider her *pro se* affidavits. In any event, because she is represented by counsel, these affidavits should not be accepted for filing. *See United States v. Hildreth*, 485 F.3d 1120, 1125 (10th Cir. 2007). Accordingly

IT IS ORDERED that the Affidavits (Docs 1375 and 1376) are STRICKEN.

                            BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: January 8, 2008