**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 04-cr-00403-LTB
Civil Action No. 10-cv-01260-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13. LILLIAN GALVAN,

    Defendant.
_____

**ORDER**
_____

Petitioner's Motion for Reconsideration of Order Denying 28 U.S.C. 2255 Motion for Time Barred (Doc 1450 - filed July 1, 2010) is **DENIED.**

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   July 2, 2010