IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Lewis T. Babcock

Civil Action No. 10-cv-01260-LTB
(Criminal Action No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

13.    LILIAN GALVAN,

       Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

Defendant Lilian Galvan's Amended Motion for Reconsideration of an Order of This Court (Doc 1461 - filed October 18, 2010) is DENIED AS MOOT as a result of this Court's Order entered October 18, 2010 (Doc 1459).

DATED: October 20, 2010