**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01260-LTB
Criminal Action No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,

v.

13.   LILIAN GALVAN,

   Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

---

Babcock, Senior Judge

   Movant has filed a notice of appeal from this court's final order denying her motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct her sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

   ORDERED that a certificate of appealability will not be issued.

   DATED at Denver, Colorado this   21st   day of October, 2010.

                           BY THE COURT:


                              s/Lewis T. Babcock
                           SENIOR JUDGE, UNITED STATES DISTRICT
                           COURT FOR THE DISTRICT OF COLORADO